February 26, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

GARY AARONII, ET AL., Appellants

NO. 14-13-00784-CV            V.

DIRECTORY DISTRIBUTING ASSOCIATES, INC., RICHARD PRICE, STEVE WASHINGTON, LAURA WASHINGTON, ROLAND E. SCHMIDT, SANDY SANDERS, AND AT&T CORPORATION, Appellees

_____

This cause, an appeal from the order signed on September 19, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the order. We order the order of the court below **AFFIRMED**. We order appellants, Gary Aaronii, et al., jointly and severally, to pay all costs incurred in this appeal. We further order this decision certified below for observance.